IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ALEJANDRO AGUILAR-MANDUJANO,<br><br>Petitioner,<br><br>v.<br><br>MARK NOOTH, Superintendent,<br>Snake River Correctional Institution,<br><br>Respondent. | Case No. 2:15-cv-01143-CL<br><br>**ORDER** |

Panner, Senior District Judge.

    Petitioner moves to dismiss this Petition for Habeas Corpus Relief without prejudice. Respondent has not filed opposition. Petitioner's motion is GRANTED.

    It is SO ORDERED and DATED this __29__ day of January 2016.

                                                            /s/ Owen M. Panner<br>
                                                            OWEN M. PANNER<br>
                                                            United States District Judge